■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID HATCHER, Appellant.—Appeal unanimously dismissed *(see, People v Seaberg,* 74 NY2d 1). (Appeal from judgment of Monroe County Court, Egan, J.—criminal possession of controlled substance, second degree, and other charges.) Present— Dillon, P. J., Callahan, Boomer, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES CARUSO, Appellant.—Judgment unanimously affirmed. Memorandum: The circumstantial evidence was sufficient to support defendant's conviction of criminal facilitation in the fourth degree. The sentence imposed was legal, and we decline to exercise our discretion in the interest of justice to modify that sentence. The other issues raised by defendant were previously resolved by this court on the appeal of a codefendant *(see, People v Rogers,* 152 AD2d 947). (Appeal from judgment of Onondaga County Court, Burke, J.—criminal possession of stolen property, fifth degree; criminal facilitation, fourth degree.) Present—Dillon, P. J., Callahan, Boomer, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUISE JOHNSON, Appellant.—Judgment unanimously affirmed. Memorandum: We affirm for reasons stated in the decision of County Court, Onondaga County (Cunningham, J.). In addition, we note that defendant's papers in support of her motion to suppress fail to make a showing that she had any legitimate expectation of privacy in the telephone listed to codefendant's girlfriend and utilized by the codefendant. The People's failure to raise this issue in the suppression court does not relieve defendant of her burden of proving standing *(see,* CPL 710.60; *People v Wesley,* 73 NY2d 351, 358-359). (Appeal from judgment of Onondaga County Court, Cunningham, J.—criminal possession of controlled substance, second degree, and another charge.) Present—Dillon, P. J., Callahan, Boomer, Balio and Lawton, JJ.